IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:21-cv-707 |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| VIASAT, INC. | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO F.R.C.P. 7.1

Plaintiff KAJEET, INC. hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, stating that it has no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: July 8, 2021.        Respectfully submitted,

/s/ Corby R. Vowell
Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A. Wojcio
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817-334-0400
Fax: 817-334-0401
jts@fsclaw.com
mtc@fsclaw.com
vowell@fsclaw.com
wojcio@fsclaw.com

**ATTORNEYS FOR KAJEET, INC.**

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 8th day of July, 2021, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

       /s/ Corby R. Vowell