# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**KAJEET, INC.,**
*Plaintiff*

V.  Civil Action No. **6:21−CV−00707**

**VIASAT, INC.,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:  **Viasat, Inc.**
**c/o Corporation Service Company d/b/a CSC−Lawyers Incorporating Service**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701−3218**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Corby R. Vowell**
**Friedman, Suder & Cooke**
**604 E. 4th Street**
**Suite 200**
**Fort Worth, TX 76102**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/LEIGH ANNE DIAZ**

DEPUTY CLERK



**ISSUED ON 2021−07−08 10:21:37**

Civil Action No. 6:21–CV–00707

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐　I personally served the summons on the individual at *(place)*_____
　　_____on *(date)*_____; or

☐　I left the summons at the individual's resident or usual place of abode with*(name)*_____
　　_____, a person of suitable age and discretion who resides there,
　　on *(date)*_____, and mailed a copy to the individual's last known address; or

☐　I served the summons on*(name of individual)*_____, who is
　　designated by law to accept service of process on behalf of*(name of organization)*_____
　　_____ on*(date)*_____; or

☐　I returned the summons unexecuted because _____; or

☐　Other (specify):_____
　　_____
　　_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____