IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 6:21-cv-707-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| VIASAT, INC., | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD

Plaintiff KAJEET, INC. ("Plaintiff"), by and through its counsel, and subject to Order of the Court, hereby moves to extend the time within which Defendant VIASAT, INC. ("Defendant") may answer, move or otherwise respond to the Complaint in this action shall be extended up through and including **August 30, 2021**.

There have been no previous extensions requested in this case.

A proposed Order is attached hereto for the convenience of the Court.

                                         Respectfully submitted,

Date:  July 22, 2021                 /s/ Corby R. Vowell
                                                  Jonathan T. Suder
                                                  Michael T. Cooke
                                                  Corby R. Vowell
                                                  Richard A. Wojcio
                                                  FRIEDMAN, SUDER & COOKE
                                                  604 East 4th Street, Suite 200
                                                  Fort Worth, TX 76102
                                                  817-334-0400
                                                  Fax: 817-334-0401
                                                  jts@fsclaw.com
                                                  mtc@fsclaw.com
                                                  vowell@fsclaw.com
                                                  wojcio@fsclaw.com

                                                  **ATTORNEYS for KAJEET, INC**.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of July, 2021, I served the foregoing document via electronic mail to the following counsel for Defendant, whom have not yet made an appearance in this case:

colin.ward@viasat.com

                                          /s/ Corby R. Vowell