IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 6:21-cv-707-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| VIASAT, INC., | § | |
| | § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Answer the Complaint or Otherwise Plead, the Court finds that the motion should be and is hereby GRANTED.

IT IS ORDERED that Defendant VIASAT, INC. is hereby granted an extension of time up to and including August 30, 2021, in which to answer, move or otherwise respond to the Complaint in this action.

DATED:  July \_\_\_\_, 2021.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE