# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-707-ADA |
| | § | |
| VIASAT, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT VIASAT, INC.

Under Rule 7.1 of the Federal Rules of Civil Procedure, defendant Viasat, Inc. discloses that it has no parent corporation, and that no publicly traded company owns 10% or more of its stock.

Date:   August 30, 2021

Respectfully submitted,

*/s/ B. Russell Horton*
B. Russell Horton (Texas Bar No. 10014450)
**George Brothers Kincaid & Horton, LLP**
114 West 7th Street, Suite 1100
Austin, Texas, 78701

+1 (512) 495-1400
+1 (512) 499-0094 facsimile
rhorton@gbkh.com

Matthew S. Warren (California Bar No. 230565)
Jennifer A. Kash (California Bar No. 203679)
(*pro hac vice to be filed*)
Erika Warren (California Bar No. 295570)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-707@cases.warrenlex.com

*Attorneys for Defendant Viasat, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 30, 2021, I served the foregoing document by electronic filing on counsel of record registered as CM/ECF users.

/s/ B. Russell Horton
B. Russell Horton