**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| KAJEET, INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 6:21-cv-707-ADA | |
| § | | |
| VIASAT, INC., § | JURY TRIAL DEMANDED | |
| § | | |
| Defendant. § | | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR FAILURE
TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)**

Before this Court is Defendant's Motion to Dismiss for Failure to State a Claim Under Fed. R. Civ. P.12(b)(6) ("Motion to Dismiss"). After consideration of the Motion to Dismiss, and good cause appearing therefor, this Court is of the opinion that the Motion to Dismiss should be, and is hereby, **GRANTED**.

IT IS SO ORDERED.

DATED: _____, 2021

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE
