IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KAJEET, INC., § § Plaintiff, § § v. § § VIASAT, INC., § § Defendant. § | Case No. 6:21-cv-707-ADA<br><br>JURY TRIAL DEMANDED |

## CASE READINESS STATUS REPORT

Plaintiff KAJEET, INC. ("Plaintiff") and Defendant VIASAT, INC. ("Defendant Viasat") hereby provide the following status report. The parties identify the following related case based on the Court's Standing Order Regarding Notice of Readiness for Patent Cases: *Kajeet, Inc. v. CenturyLink Communications, LLC*, Civil Action No. 6:21-CV-705-ADA.

## FILING AND EXTENSIONS

Plaintiff's Complaint against Viasat, Inc. was filed on July 8, 2021. There has been one extension for a total of 30 days given to Defendant Viasat.

Plaintiff's Complaint against Defendant CenturyLink was filed on July 7, 2021. There have been two extensions for a total of 45 days given to Defendant CenturyLink. On October 21, 2021, the Court allowed the parties to substitute CenturyLink Communications, LLC for Lumen Technologies, Inc. as the proper Defendant in this matter.

## RESPONSE TO THE COMPLAINT

Defendant Viasat responded to Plaintiff's Complaint by filing a Motion to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6) on August 30, 2021.

Defendant CenturyLink filed an Answer to Plaintiff's Complaint on October 22, 2021.

## PENDING MOTIONS

Defendant Viasat filed a Motion to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6) on August 30, 2021. Plaintiff filed its Opposition to Defendant's Motion on September 13, 2021, and Viasat filed its Reply Brief on September 20, 2021.

## RELATED CASES IN THIS JUDICIAL DISTRICT

Related cases filed in this Judicial District include:

1. *Kajeet, Inc. v. Infoweise Pty., Ltd.,* Civil Action No. 6:21-CV-704-ADA. Defendant Infoweise has failed to file a response to Plaintiff's Complaint. A Clerk's Entry of Default was entered on August 31, 2021.

2. *Kajeet, Inc. v. CenturyLink Communications, LLC*, Civil Action No. 6:21-CV-705-ADA, filed July 7, 2021.

3. *Kajeet, Inc. v. Viasat, Inc.*, Civil Action No. 6:21-CV-707-ADA, filed July 7, 2021.

4. *Kajeet, Inc. v. Trend Micro, Inc.,* Civil Action No. 6:21-CV-00389, filed April 21, 2021.[1]

## IPR, CBM AND OTHER PGR FILINGS

On October 1, 2021, NortonLifeLock Inc., a defendant in another pending litigation in the District of Delaware, filed an *inter partes* review (IPR2022-00001) seeking review of several claims of the Patent-in-Suit.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted at least claim 27 of U.S. Patent No. 8,667,559 B1.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties do not believe the appointment of a technical advisor is necessary.

---

[1] A Case Readiness Status Report was filed in this case on July 12, 2021.

## MEET AND CONFER STATUS

Plaintiff and Defendant Viasat met and conferred. The parties have no pre-*Markman* issues to raise at the CMC.

Dated: October 28, 2021,    Respectfully submitted,

/s/ Corby R. Vowell
Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A. Wojcio
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817-334-0400
Fax: 817-334-0401
jts@fsclaw.com
mtc@fsclaw.com
vowell@fsclaw.com
wojcio@fsclaw.com

**ATTORNEYS FOR KAJEET, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2021, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Corby R. Vowell