IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 6:21-cv-707-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| VIASAT, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF EXTENSION OF TIME FOR PLAINTIFF TO SERVE PRELIMINARY INFRINGEMENT CONTENTIONS

Pursuant to the Court's August 11, 2021 Standing Order, Plaintiff KAJEET, INC. ("Plaintiff") files this Notice of Extension of time to serve its Preliminary Infringement Contentions by one week.

The current deadline for Plaintiff to serve Preliminary Infringement Contentions is November 4, 2021. The parties have conferred and agreed to a one-week extension, through and including November 11, 2021.

The parties hereby extend the deadline for Plaintiff to serve its Preliminary Infringement Contentions to and including November 11, 2021.

Dated: November 4, 2021				Respectfully submitted,

                */s/ Corby R. Vowell*
                Jonathan T. Suder
                Michael T. Cooke
                Richard A. Wojcio
                FRIEDMAN, SUDER & COOKE
                604 East 4th Street, Suite 200
                Fort Worth, TX 76102
                817-334-0400
                Fax: 817-334-0401
                jts@fsclaw.com
                mtc@fsclaw.com
                vowell@fsclaw.com
                wojcio@fsclaw.com

                **ATTORNEYS FOR KAJEET, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 4th day of November, 2021, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Western District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                */s/ Corby R. Vowell*