IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 6:21-cv-707-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| VIASAT, INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER 41(a)(1)A(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kajeet, Inc. ("Kajeet") hereby files this Notice of Voluntary Dismissal, dismissing its claims against Defendant Viasat, Inc. ("Viasat") without prejudice.

Kajeet filed its Original Complaint and Jury Demand against Viasat on July 8, 2021. The Complaint was served upon Viasat on July 8, 2021. Viasat has not yet filed "an answer or a motion for summary judgment" as set out in Fed. R. Civ. P. 41(a)(1)(A)(i).

By filing this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Kajeet hereby dismisses the case against Viasat without prejudice to re-filing in the future.

Respectfully submitted,

*/s/ Michael T Cooke*
Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A. Wojcio
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817-334-0400

Fax: 817-334-0401
jts@fsclaw.com
mtc@fsclaw.com
vowell@fsclaw.com
wojcio@fsclaw.com

**ATTORNEYS FOR KAJEET, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2021, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Michael T. Cooke